EDWIN R. LA VIN, Respondent, v. RUSSELL C. LA VIN et al., Appellants.— In our opinion, the allowances for counsel fees and disbursements were excessive. Nolan, P. J., Johnston and Adel, JJ., concur; Carswell and Wenzel, JJ., dissent and vote to affirm.

SARAH LEVINE, Plaintiff, and ABRAHAM LEVINE et al., Appellants, v. ISAAC COHEN et al., Respondents.— That part of the order which denied the amendment sought should have been granted. However, in view of said plaintiffs' failure to offer any proof on the trial, at which they chose to rely wholly on the pleadings, and the consequent disposition of the case, this question is now academic. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

HARRY OSCAR, Respondent, v. ALFRED OBER, Appellant.— No opinion. Present — Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

MARY C. O'NEIL et al., Respondents, v. RADIO CITY MUSIC HALL CORPORATION, Appellant.— Whether the appellant was negligent in the maintenance of lights and respondent wife was guilty of contributory negligence were matters for the jury. The stairway on which the respondent fell was one which the appellant provided for its patrons, and by a sign indicated it could be used to reach the main foyer. Present — Nolan. P. J., Carswell, Johnston, Adel and MacCrate, JJ.